IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Terry Brown, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv820 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Danson, Inc., *dba* Aegis Protective Services, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 20, 2012 a Report and Recommendation (Doc. 47). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 48).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion to dismiss (Doc. 35) is **GRANTED.**

**IT IS HEREBY ORDERED** that plaintiff's motion for a more definite statement (Doc. 26), motion for a 28 U.S.C. § 1915(d)(i) frivolous and Fed. Civ. R. 11(b) evidentiary hearing (Doc.

33), and motion for leave to amend the complaint (Doc. 45) are **DENIED.**

This matter is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

                                      S/Susan J. Dlott_____
                                      Chief Judge Susan J. Dlott
                                      United States District Court